1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

CAMERON R. HARTWELL,

CASE NO. C13-6004-BJR

11

Plaintiff,

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
REMANDING CASE

12

v.

13

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

14

Defendant.

15

16

    The Court has reviewed the entire record, memoranda, and the Report and

17

Recommendation of the United States Magistrate Judge Karen L. Strombom.  It is hereby

18

ORDERED as follows:

19

    The Court ADOPTS this report and recommendation.

20

    FURTHERMORE, the Court REMANDS this case for further administrative

21

22

proceedings.

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE-
1

1

2        The Clerk shall direct copies of this Order to all counsel and to Judge Strombom.

3

4        Dated this 13th day of November, 2014.

5

6

7

8

9                                          _____

10                                         Barbara J. Rothstein
                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING CASE-
2